**Order filed February 26, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00006-CV**
_____

**FERMIN FRANCO, INDIVIDUALLY, AND A/N/F OF KAMILA FRANCO AND DIEGO FRANCO, Appellants**

**V.**

**SONIA MORALES, Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-24798**

---

**O R D E R**

Appellant's brief was due February 15, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 12, 2019**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM